# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Ariane H. Long | § | Case No. 17-07952 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/14/2017. The undersigned trustee was appointed on 03/14/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   11,500.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 757.88 |
   | Bank service fees | 289.85 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 10,452.27 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  09/18/2017  and the deadline for filing governmental claims was  09/18/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,900.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,900.00 , for a total compensation of $ 1,900.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 109.53 , for total expenses of $ 109.53 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  03/22/2019                          By: /s/Cindy M. Johnson, Trustee
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 17-07952 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Ariane H. Long | | | | Date Filed (f) or Converted (c): | 03/14/2017 (f) |
| | | | | | 341(a) Meeting Date: | 04/13/2017 |
| For Period Ending: | 03/22/2019 | | | | Claims Bar Date: | 09/18/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 816 Sandra Drive Unit 1 B University Park Il 60484-0000 Wil | 18,727.00 | 12,000.00 | | 11,500.00 | FA |
| 2. 2017 Ford Escape Mileage: 3306 Location: 816 Sandra Drive Un | 21,652.00 | 0.00 | | 0.00 | FA |
| 3. Two Bed, Kitchen Table And Chairs, Dinning Room Table With C | 400.00 | 0.00 | | 0.00 | FA |
| 4. No Item Worth More Than $500 Location: 816 Sandra Drive Unit | 150.00 | 0.00 | | 0.00 | FA |
| 5. Clothing Location: 816 Sandra Drive Unit 1 B, University Par | 150.00 | 0.00 | | 0.00 | FA |
| 6. Costume Jewelry Only Location: 816 Sandra Drive Unit 1 B, Un | 50.00 | 0.00 | | 0.00 | FA |
| 7. Us Bank | 271.07 | 0.00 | | 0.00 | FA |
| 8. Us Bank | 155.35 | 0.00 | | 0.00 | FA |
| 9. Ameriprise Financial | 60,740.00 | 0.00 | | 0.00 | FA |
| 10. New York Life, Term Life | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $102,295.42   $12,000.00   $11,500.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Order approving sale back to debtors of the estate's interest in real estate approved 9/1/17 (doc. 29). Final estate tax return filed.  No action letter received.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Order of 9/1/17, doc. 29 allowed debtor to buy back her interest in real estate. |
| RE PROP # | 7 | -- | Debtor has sufficient remaining wildcard that she could exempt the $50.00 in remaining value. |

Exhibit A

Initial Projected Date of Final Report (TFR): 05/30/2018     Current Projected Date of Final Report (TFR): 05/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 17-07952 | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|
| Case Name: | Ariane H. Long | Bank Name: | BOK Financial |
| | | Account Number/CD#: | XXXXXX0484 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8453 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/22/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/18/17 | 1 | Stuart B. Handleman<br>200 S. Michigan Ave<br>Chicago Illinois 60604 | Buy out interest in the estate | 1110-000 | $11,500.00 | | $11,500.00 |
| 08/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $11,490.00 |
| 09/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.52 | $11,473.48 |
| 10/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.05 | $11,456.43 |
| 11/03/17 | 101 | Kim Wirtz<br>1215 9th Street<br>Lockport, IL 60441 | Real Estate Broker<br>816 Sandra Dr.<br>Unit B1<br>University Park, IL 60484 | 3510-000 | | $750.00 | $10,706.43 |
| 11/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.57 | $10,690.86 |
| 12/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.88 | $10,674.98 |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.86 | $10,659.12 |
| 02/15/18 | 102 | International Sureties, LTD<br>Suite 420<br>701 Poydras St<br>New Orleans, LA 70139 | 2018 Blanket Bond | 2300-000 | | $3.87 | $10,655.25 |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.30 | $10,640.95 |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.81 | $10,625.14 |
| 04/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.28 | $10,609.86 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*   Page Subtotals:   $11,500.00   $890.14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 17-07952 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Ariane H. Long | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0484 |
| | Checking |
| Taxpayer ID No: XX-XXX8453 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/22/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.76 | $10,594.10 |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.23 | $10,578.87 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.72 | $10,563.15 |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.70 | $10,547.45 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.17 | $10,532.28 |
| 10/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.65 | $10,516.63 |
| 11/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.12 | $10,501.51 |
| 12/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.60 | $10,485.91 |
| 01/31/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.58 | $10,470.33 |
| 02/18/19 | 103 | International Sureties, LTD Suite 420 701 Poydras St New Orleans, LA 70139 | Payment of 2019 Bond | 2300-000 | | $4.01 | $10,466.32 |
| 02/28/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.05 | $10,452.27 |

COLUMN TOTALS  $11,500.00  $1,047.73

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $0.00    $157.59

|  |  |  |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,500.00 | $1,047.73 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,500.00 | $1,047.73 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0484 - Checking | $11,500.00 | $1,047.73 | $10,452.27 |
|  | $11,500.00 | $1,047.73 | $10,452.27 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,500.00 |
| Total Gross Receipts: | $11,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-07952  
Debtor Name: Ariane H. Long  
Claims Bar Date: 9/18/2017  

Date: March 22, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $1,900.00 | $1,900.00 |
| 100 2200 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $109.53 | $109.53 |
| 100 3410 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $1,840.20 | $1,840.20 |
| 100 3420 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $41.05 | $41.05 |
| 100 3510 | Kim Wirtz<br>1215 9th Street<br>Lockport, IL 60441 | Administrative | | $0.00 | $750.00 | $750.00 |
| 1 300 7100 | Ford Motor Credit Company, Llc<br>P.O. Box 62180<br>Colorado Springs, Co 80962-4400 | Unsecured | Treating as unsecured for purposes of distribution. Confirmed with Ford that this is a deficiency claim and they no longer hold any security (and this comports with debtor's scheudules regarding this claim). | $1,600.00 | $1,954.44 | $1,954.44 |
| 3 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $2,817.94 | $2,785.45 | $2,785.45 |
| 4 300 7100 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $491.01 | $473.01 | $473.01 |
| 5 300 7100 | American Express Centurion Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Unsecured | | $1,018.90 | $1,121.82 | $1,121.82 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-07952　　　　　　　　　　　　　　　　　　　　　　　　　　　Date: March 22, 2019
Debtor Name: Ariane H. Long
Claims Bar Date: 9/18/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6　300　7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $636.86 | $636.86 |
| 7　300　7100 | Quantum3 Group Llc As Agent For Comenity Bank Po Box 788 Kirkland, Wa 98083-0788 | Unsecured | | $500.35 | $548.17 | $548.17 |
| 8　300　7100 | Cach, Llc Its Successors And Assigns As Assignee Of Synchrony Bank Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Unsecured | | $0.00 | $3,968.25 | $3,968.25 |
| 9　300　7100 | Synchrony Bank C/O Pra Receivables Management, Llc Po Box 41021 Norfolk Va 23541 | Unsecured | | $0.00 | $76.11 | $76.11 |
| 10　300　7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Sams Club) Pob 41067 Norfolk, Va 23541 | Unsecured | | $438.78 | $421.53 | $421.53 |
| 11　300　7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Jc Penney Credit Card) Pob 41067 Norfolk Va 23541 | Unsecured | | $569.67 | $518.15 | $518.15 |
| 12　300　7100 | U.S. Bank National Association Bankruptcy Department Po Box 108 St. Louis, Mo 63166-0108 | Unsecured | | $7,445.38 | $5,585.76 | $5,585.76 |
| | Case Totals | | | $14,882.03 | $22,730.33 | $22,730.33 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-07952
Case Name: Ariane H. Long
Trustee Name: Cindy M. Johnson, Trustee

Balance on hand $ 10,452.27

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 1,900.00 | $ 0.00 | $ 1,900.00 |
| Trustee Expenses: Cindy M. Johnson | $ 109.53 | $ 0.00 | $ 109.53 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 1,840.20 | $ 0.00 | $ 1,840.20 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 41.05 | $ 0.00 | $ 41.05 |
| Other: Kim Wirtz | $ 750.00 | $ 750.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 3,890.78

Remaining Balance $ 6,561.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,089.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Ford Motor Credit Company, Llc | $ 1,954.44 | $ 0.00 | $ 708.92 |
| 3 | Capital One Bank (Usa), N.A. | $ 2,785.45 | $ 0.00 | $ 1,010.35 |
| 4 | Capital One, N.A. | $ 473.01 | $ 0.00 | $ 171.57 |
| 5 | American Express Centurion Bank | $ 1,121.82 | $ 0.00 | $ 406.91 |
| 6 | Pyod, Llc Its Successors And Assigns As Assignee | $ 636.86 | $ 0.00 | $ 231.00 |
| 7 | Quantum3 Group Llc As Agent For | $ 548.17 | $ 0.00 | $ 198.83 |
| 8 | Cach, Llc Its Successors And Assigns As Assignee | $ 3,968.25 | $ 0.00 | $ 1,439.37 |
| 9 | Synchrony Bank | $ 76.11 | $ 0.00 | $ 27.61 |
| 10 | Portfolio Recovery Associates, Llc | $ 421.53 | $ 0.00 | $ 152.90 |
| 11 | Portfolio Recovery Associates, Llc | $ 518.15 | $ 0.00 | $ 187.94 |
| 12 | U.S. Bank National Association | $ 5,585.76 | $ 0.00 | $ 2,026.09 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 6,561.49 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE