# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Ariane H. Long, | ) | CASE NO. 17-07952 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

### CERTIFICATE OF SERVICE

   I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on April 18, 2019.

Cindy M. Johnson              ___/s/ Cindy M. Johnson_____
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

### SERVICE LIST

## Electronic Mail Notice List

- Carleen L Cignetto  cignettolaw@gmail.com, lcr67785@notify.bestcase.com
- Stuart B Handelman  court@sbhpc.net, ksmith@sbhpc.net,jhuang@sbhpc.net;handelmansr73306@notify.bestcase.com
- Cindy M. Johnson  cmjtrustee@jnlegal.net, cjohnson@ecf.axosfs.com
- Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
- Michael L Sherman  shermlaw1@aol.com

## Manual Notice List  (and see attached service list)

 Alan D Lasko & Associates PC
 alasko@adlassoc.com

 Kim Wirtz
 kim@kimwirtz.com

## SERVICE LIST

Ariane H. Long
816 Sandra Drive Unit 1 B
University Park, IL 60484-2950

American Express Centurion Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

American Express
PO Box 981535
El Paso, TX 79998-1535

CACH, LLC its successors and assigns as assi
of Synchrony Bank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Comenity Bank
Bankruptcy Department
PO Box 182125
Columbus, OH 43218-2125

Ford Motor Credit Company
12110 Emmet
Omaha, NE 68164-4263

FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Ford Motor Credit Company
P.o. Box 790093
Saint Louis, MO 63179-0093

Ingalls Memorial Hospital
Correspondence Address
PO Box 3397
Chicago, IL 60654-0381

John L. Long, III
1130 S. Eucalypstus
Inglewood, CA 90301-3715

Kohl's Capital One
PO Box 3115
Milwaukee, WI 53201-3115

Medical Recovery Specialists, LLC
2250 E Devon Ave, Ste. 352
Des Plaines, IL 60018-4519

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

SYNCB/JC Penney
PO Box 965007
Orlando, FL 32896-5007

Synchrony Bank
Atten: Bankruptcy Dept.
PO Box 965060
Orlando, FL 32896-5060

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229